# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Bereckis,<br><br>    Plaintiff,<br><br>v.<br><br>PSG Energy Group LLC, et al.,<br><br>    Defendants. | No. CV-20-02453-PHX-MTL<br><br>**ORDER** |

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Doc. 6), and good cause appearing,

**IT IS ORDERED granting** the Notice of Voluntary Dismissal (Doc. 6) and dismissing this action in its entirety.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 13th day of January, 2021.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge